IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3035 |
| vs. | |
| KAVEH ABRION RANSON, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Supervised Release Hearing (filing 76) is granted.

2. Defendant Kaveh Abrion Ranson's violation of supervised release hearing is continued to September 6, 2018, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 15th day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge