IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:12CR3035** |
| vs. | |
| KAVEH ABRION RANSON, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Supervised Release Hearing (filing 85) is granted.

2. Defendant Kaveh Abrion Ranson's violation of supervised release hearing is continued to July 11, 2019, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 3rd day of June, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge