IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KAVEH ABRION RANSON, Defendant. | 4:12CR3035 **ORDER** |

On July 11, 2019, the defendant appeared in person with his attorney, John C. Vanderslice. The United States was represented by Matthew R. Molsen, Assistant United States Attorney. Defendant admits he violated Allegation 2, Standard Condition #6, of his terms and conditions of supervised release. The Court finds that the admission was knowing, intelligent, and voluntary and there is a factual basis for the admission and accepts the admission as alleged in the Amended Petition for Offender Under Supervision (filing 79).

IT IS ORDERED: Defendant's term of supervised release is not revoked and the conditions of supervised release will remain under the same terms and conditions as previously imposed until June 7, 2022.

The Court sustains the Government's motion to dismiss Allegations 1 and 3 of the Amended Petition for Offender Under Supervision [filing 79] and the Petition [filing 63], without prejudice.

Dated this 16th day of July, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge